ACCEPTED
05-14-00613-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/20/2015 9:37:30 AM
LISA MATZ
CLERK

## NO. 05-14-00613-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/20/2015 9:37:30 AM
LISA MATZ
Clerk

## IN THE FIFTH DISTRICT COURT OF APPEALS
## DALLAS, TEXAS

### IN THE INTEREST OF M.A.H.

**JAMES L. HAMMETT,**
**Appellant,**

**v.**

**LISA MAARIE HAMMETT,**
**Appellee.**

## APPELLEE'S UNOPPOSED MOTION FOR FOUR-DAY EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

1.     Appellee Lisa Hammett seeks an additional four-day extension to permit completion of a supplemental reporter's record. The request is made solely as the result of the transcripts not yet being completed by the court reporter.

2.     Appellee Lisa Hammett's brief is due on April 23, 2015. Appellee seeks a 4-day extension to make the brief due on April 27, 2015.

**MOTION FOR EXTENSION**
**PAGE 1**

3. This is Appellee's third request for an extension on this brief. This Court previously granted Appellee two 30-day extensions.

4. On March 20, 2015, Appellee sought and obtained a 30-day extension to permit the filing of a supplemental reporter's record consisting of two hearing transcripts. As of the time this motion was filed, the court reporter had not completed and sent the supplemental record but will do so today (Monday, April 20).

5. Upon receipt of the transcripts, the undersigned needs 4-5 days to complete the brief, necessitating the short 4-day extension sought by this motion.

6. Appellant does not oppose this motion.

Based on the foregoing, Appellee asks that the deadline to file her brief be extended to April 27, 2015.

Respectfully submitted,
/s/Charles "Chad" Baruch
The Law Office of Chad Baruch
Texas Bar Number 01864300
3201 Main Street
Rowlett, Texas 75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
E-Mail: baruchEsq@aol.com

*Attorney for Appellee*

**MOTION FOR EXTENSION**
**PAGE 2**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with Byron Henry, counsel for appellant, who stated that he does not oppose the relief sought by this motion.

/s/Charles "Chad" Baruch

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this instrument was served upon all counsel of record by e-filing and by email to bhenry@cowlesthompson.com on April 20, 2015.

/s/Charles "Chad" Baruch